IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHANIE LOUISE SALGADO-SANTOS,<br><br>Defendant. | CR-25-13-BU-DLC<br><br>ORDER |

The United States has moved to dismiss the petition to revoke Defendant's pretrial release. Accordingly,

IT IS ORDERED that the motion is GRANTED and the petition to revoke Defendant's pretrial release (Doc. 23) is DISMISSED.

IT IS FURTHER ORDERED that Defendant is ordered released from custody and shall continue on the previously imposed conditions of release.

DATED this 12th day of June, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1