IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHANIE LOUISE SALGADO-SANTOS,<br><br>Defendant. | CR 25–13–BU–DLC<br><br><br><br>ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 64.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Stephanie Louise Salgado-Santos is charged with one count of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §841(a)(1) and 18 U.S.C. § 2 (Count 1), two counts of distribution of methamphetamine, in violation of 21 U.S.C. §841(a)(1) (Counts 2 and 3), and a

forfeiture allegation, as set forth in the Indictment. (Doc. 1.) Judge DeSoto recommends that this Court accept Salgado-Santo's guilty plea as to Count 1 after Salgado-Santos appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 64) is ADOPTED in full.

IT IS FURTHER ORDERED that Salgado-Santo's motion to change plea (Doc. 44) is GRANTED.

IT IS FURTHER ORDERED that Stephanie Louise Salgado-Santo is adjudged guilty as charged in Count 1 of the Indictment.

DATED this 22nd day of January, 2026.

_____
Dana L. Christensen, District Judge
United States District Court