IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–13–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| STEPHANIE LOUISE SALGADO-SANTOS, | |
| Defendant. | |

Before the Court is Defendant Stephanie Louise Salgado-Santos's motion to continue sentencing. (Doc. 69.) Through the motion, Defendant requests that the Court continue the sentencing currently set for May 13, 2026, for four months. (*Id.* at 1.) Defendant explains that she was scheduled to have back surgery on January 30, 2026, but that surgery was postponed and will likely be scheduled in July or August 2026. (*Id.* at 1–2.)

Co-defendant Soza does not oppose the motion. (*Id.* at 2.) The government takes no position on the motion. (*Id.*) For good cause showing,

IT IS ORDERED that the motion (Doc. 69) is GRANTED. The sentencing set for May 13, 2026, and all remaining related deadlines are VACATED to be reset by future order.

IT IS FURTHER ORDERED that Defendant shall notify the Court within

seven days of learning the date of her surgery.

IT IS FURTHER ORDERED that Defendant's motion for leave to file exhibits under seal (Doc. 70) is GRANTED.

DATED this 21st day of April, 2026.

Dana L. Christensen, District Judge
United States District Court

2