IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CAROL JANE SOZA and STEPHANIE LOUISE SALGADO-SANTOS,

Defendants.

CR 25–13–BU–DLC

ORDER

Before the Court is Defendant Stephanie Louise Salgado-Santos's unopposed Motion for Leave to File Exhibits Under Seal. (Doc. 97.) Defendant seeks to file Exhibits A, B, and C to her Sentencing Memorandum under seal because they contain confidential medical information. (Doc. 97.)

Accordingly, IT IS ORDERED that the Motion (Doc. 97) is GRANTED. The Clerk of Court is directed to file Exhibits A, B, and C to Defendant's Sentencing Memorandum under seal.

DATED this 23rd day of September, 2026.

Dana L. Christensen, District Judge
United States District Court